UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATALYST ADVISORS, L.P.,<br><br>                Plaintiff,<br><br>                -v.-<br><br>CATALYST ADVISORS INVESTORS GLOBAL INC. ("CAIG") and CHRISTOS RICHARDS,<br><br>                Defendants. | 21 Civ. 4855 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      In line with the discussion had during the parties' post-fact discovery conference on February 23, 2023, expert discovery shall conclude in this case on **May 5, 2023**. The parties are directed to submit a joint letter discussing proposed next steps in this case by **May 5, 2023**.

      SO ORDERED.

Dated:   February 27, 2023
             New York, New York

                                                    KATHERINE POLK FAILLA
                                                   United States District Judge